**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 146 EM 2016
:
Respondent :
:
:
:
v. :
:
:
MARKEL DAVIS, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of November, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel has not established that the failure to present a timely filing was due to non-negligent circumstances, Petitioner is entitled to a counsel-filed allocatur petition. *See* Pa.R.Crim.P. 122.

Counsel is **DIRECTED** to file the already prepared Petition for Allowance of Appeal within 5 days